FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 6 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00187-LPR |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| FRANCISCO ACUNA | ) | 21 U.S.C. §§ 841(b)(1)(A), 841(b)(1)(B) |
| GILBERTO PEDRAZA CONTRERAS | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

In or about June 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

FRANCISCO ACUNA and GILBERTO PEDRAZA CONTRERAS,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about June 15, 2022, in the Eastern District of Arkansas, the defendant,

FRANCISCO ACUNA,

knowingly and intentionally possessed with intent to distribute 50 grams or more but less than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 3

On or about June 15, 2022, in the Eastern District of Arkansas, the defendant,

## FRANCISCO ACUNA,

knowingly and intentionally possessed a firearm, that is: a Kel-Tec CNC Industries, Inc., model PF-9, 9mm Luger caliber pistol, bearing serial number RAS61, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Counts 1 and 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4

A.   On or about June 15, 2022, the defendant,

## FRANCISCO ACUNA,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: battery in the second degree, in Pulaski County, Arkansas, Circuit Court in Case Number 2020-0558.

B.   On or about June 15, 2022, in the Eastern District of Arkansas, the defendant,

## FRANCISCO ACUNA,

knowingly possessed, in and affecting commerce, a firearm, that is: a Kel-Tec CNC Industries, Inc., model PF-9, 9mm Luger caliber pistol, bearing serial number RAS61, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 5

On or about June 15, 2022, in the Eastern District of Arkansas, the defendant,

GILBERTO PEDRAZA CONTRERAS,

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1, 2, or 5 of this Indictment, the defendants, FRANCISCO ACUNA and GILBERTO PEDRAZA CONTRERAS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1, 2, or 5 of this Indictment, the defendants, FRANCISCO ACUNA and GILBERTO PEDRAZA CONTRERAS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, 3, 4 or 5 of this Indictment, the defendants, FRANCISCO ACUNA and GILBERTO PEDRAZA CONTRERAS, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.